```
 1  M Ray Hartman III, Bar No. 211205
    RHartman@perkinscoie.com
 2  Tara Shinall, Bar No. 353302
    TShinall@perkinscoie.com
 3  PERKINS COIE LLP
    11452 El Camino Real, Ste 300
 4  San Diego, California 92130-2080
    Telephone:  +1.858.720.5700
 5  Facsimile:  +1.858.720.5799

 6  Pj Novack, Bar No. 333903
    PNovack@perkinscoie.com
 7  PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
 8  Seattle, Washington 98101-3099
    Telephone:  +1.206.359.8000
 9  Facsimile:  +1.206.359.9000
```

*Attorneys for Defendant Amazon.com Services LLC (erroneously sued as Amazon.com, LLC)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN (LOS ANGELES) DIVISION

| | |
|---|---|
| ESTATE OF KAI FINN BERNABE; JASMINE COLEMAN, an individual and successor in interest of Decedent KAI FINN BERNABE; MARK BERNABE, an individual and successor in interest of Decedent KAI FINN BERNABE; LIAM HEYS BERNABE, minor, by and through his Guardian ad Litem JASMINE COLEMAN and successor in interest of Decedent KAI FINN BERNABE,<br><br>Plaintiff,<br><br>v.<br><br>OKEFAN, an unknown entity; AMAZON.COM, LLC, a Delaware Limited Liability Company; CITY OF LOS ANGELES, a public entity; COUNTY OF LOS ANGELES, a public entity; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02309<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR PROTECTIVE ORDER<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>[Removed from Superior Court of the State of California, County of Los Angeles, Case No. 24CHCV01385] |

1 | Having considered the parties' Stipulated Protective Order, and for good cause
2 | shown, the parties' stipulation is GRANTED.
3 | **IT IS SO ORDERED.**
4
5
6 | Dated: April 29, 2025
7 | Hon. Douglas F. McCormick
  | United States District Judge

-2-

2:25-cv-02309
[PROPOSED] ORDER REGARDING STIPULATION FOR PROTECTIVE ORDER

181240531.1